E. A. Muhlke, defendant in error, v. A. H. Rance and H. F. Rance, trading as Prudential Realty Company, plaintiffs in error. Gen. No. 36,666.

Heard in the third division of this court for the first district at the April term, 1933. Opinion filed March 14, 1934.

Cummings & Wyman, for plaintiffs in error; Austin L. Wyman and Daniel P. Nagle, of counsel. Walter E. Beebe, for defendant in error.

Mr. Justice Hebel delivered the opinion of the court.